FILED
IN COURT
CHARLOTTE, N. C.

OCT 23 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) EDUARDO SAENZ<br>(2) ARTURO BLANCO<br>(3) DARREL RAY THOMAS<br>    also known as "Boo"<br>(4) ALEJANDRO VILLAREAL<br>(7) MARIA SALAZAR<br>    also known as "Yessica Saenz Garza"<br>(8) JUAN ENRIQUE ARROYO<br>    also known as "Rata"<br>(9) FIDEL SILVA | <u>UNDER SEAL</u><br><br>Docket No. 3:07-cr-195<br><br><br><br><br><br><br>ORDER SEALING<br>INDICTMENT AND<br>OTHER DOCUMENTS |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment, the arrest Warrants, the Motion to Seal, and this Order, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court, **IT IS HEREBY ORDERED** that the Bill of Indictment, the arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 23rd day of October 2007.

_____
UNITED STATES MAGISTRATE JUDGE