# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:07-cr-195 |
| | ) | |
| v. | ) | |
| | ) | |
| (1) EDUARDO SAENZ | ) | |
| (2) ARTURO BLANCO | ) | |
| (3) DARREL RAY THOMAS | ) | |
|    also known as "Boo" | ) | |
| (4) ALEJANDRO VILLAREAL | ) | |
| (7) MARIA SALAZAR | ) | ORDER UNSEALING |
|    also known as "Yessica Saenz Garza" | ) | INDICTMENTS AND |
| (8) JUAN ENRIQUE ARROYO | ) | OTHER DOCUMENTS |
|    also known as "Rata" | ) | |
| (9) FIDEL SILVA | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment be unsealed by this court,

**IT IS HEREBY ORDERED** that the Bill of Indictment be unsealed immediately.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 28th day of November 2007.

_____
UNITED STATES MAGISTRATE JUDGE